JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFIA FARR, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>GARFIELD BEACH CVS, LLC, a Corporation; and DOES 1-10, Inclusive,<br><br>    Defendants. | Case No. 8:20-cv-01765-JLS-KES<br><br>**ORDER GRANTING STIPULATION TO STAY ACTION AND TRANSFER MATTER TO BINDING ARBITRATION (Doc. 10)** |

Having reviewed and considered the Joint Stipulation to Stay Action and Transfer Matter to Binding Arbitration, filed by Defendant Garfield beach CVS, LLC ("CVS") and Plaintiff Sofia Farr ("Plaintiff"), the Court GRANTS the Stipulation and ORDERS that:

    1.    All causes of action in Plaintiff's Complaint be submitted to binding arbitration;

    2.    The Court shall retain jurisdiction over this action until the conclusion of arbitration; and

3. All proceedings in this action are stayed pending arbitration, and the action is removed from the Court's active caseload.

**IT IS SO ORDERED.**

DATE: September 30, 2020

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE